

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>212-267-7342 |
|---|---|---|---|

| Defendant: | **NP New Castle, LLC** |
|---|---|
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113300 | $577,165.67 | 4/18/2023 | 00693-993770 | 4/1/2023 | $47,056.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113300 | $577,165.67 | 4/18/2023 | 00693-993769 | 4/1/2023 | $68,616.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113300 | $577,165.67 | 4/18/2023 | 00693-993768 | 4/1/2023 | $67,050.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113300 | $577,165.67 | 4/18/2023 | 00693-993767 | 4/1/2023 | $394,441.71 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112506 | $577,165.67 | 3/8/2023 | 00693-988357 | 3/1/2023 | $47,056.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112506 | $577,165.67 | 3/8/2023 | 00693-988356 | 3/1/2023 | $68,616.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112506 | $577,165.67 | 3/8/2023 | 00693-988355 | 3/1/2023 | $67,050.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112506 | $577,165.67 | 3/8/2023 | 00693-988354 | 3/1/2023 | $394,441.71 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111808 | $603,350.17 | 2/9/2023 | 00693-985015 | 2/1/2023 | $47,056.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111808 | $603,350.17 | 2/9/2023 | 00693-985014 | 2/1/2023 | $68,616.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111808 | $603,350.17 | 2/9/2023 | 00693-985013 | 2/1/2023 | $67,050.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111808 | $603,350.17 | 2/9/2023 | 00693-985012 | 2/1/2023 | $394,441.71 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111808 | $603,350.17 | 2/9/2023 | 00693-981103 | 2/1/2023 | $19,309.13 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111808 | $603,350.17 | 2/9/2023 | 00693-981102 | 2/1/2023 | $6,875.37 |

**Totals:** 3 transfer(s), $1,757,681.51